IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

JAN 19 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| WAUSAU UNDERWRITERS INSURANCE COMPANY, | ) ) ) | Case No. 04 C 6543 |
| Plaintiff, | ) ) | Judge John W. Darrah |
| vs. | ) ) | Magistrate Schenkier |
| UNITED PLASTICS GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

## LIST OF TRIAL EXHIBITS

**All of the exhibits are from the defendants,
United Plastics Group and Microtherm**

| | |
|---|---|
| 1.0-1.56 | Trial transcripts from the underlying case (57 volumes in three boxes) |
| 2 | Warranty claims |
| 3 | Ohio Casualty insurance policy for 9/27/01-9/27/02 |
| 4 | Ohio Casualty insurance policy for 9/27/02-9/27/03 |
| 5 | Wausau insurance policy for 9/27/01-9/27/02 |
| 6 | Wausau insurance policy for 9/27/02-9/27/03 |
| 7 | Release and Settlement Agreement between primary insurance carriers, Microtherm and United Plastics |
| 8 | Covenant Not to Execute and Assignment between primary insurance carriers, United Plastics and Microtherm |
| 9 | Mutual Release and Agreement |
| 10 | Copy of check from Wausau Insurance |
| 11 | Copy of a wire transfer from United Plastics Group |

| | |
|---|---|
| 12 | Photograph of the Seisco Unit |
| 13 | Photograph of circuit board |
| 14 | Final Judgment |
| 15 | Charge of court to the jury in the underlying case |
| 16 | Letter |
| 17 | Reservation of rights letter from Daniel Schlessinger |
| 18 | Letter dated October 18, 2004 |
| 19 | Letter dated November 3, 2004 |
| 20 | Letter dated December 29, 2004 |
| 21 | Letter dated February 3, 2005 |
| 22 | Letter dated February 7, 2005 |
| 23 | Letter dated April 8, 2005 |
| 24 | Letter dated April 19, 2005 |
| 25 | E-mail from Daniel Schlessinger to Joseph Snider dated April 19. 2005 |
| 26 | 7th Amended Petition from the underlying case |
| 27 | Publication |
| 28 | Industry interpretation |
| 33A-D | Deposition of James Danehy (including page/line deposition designations) |
| A | Hot water heater (demonstrative) |
| C | Chamber from the hot water heater (demonstrative) |

6141034v1 869999